UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **LARRY G. DAVIS** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **BAKER DISTRIBUTING COMPANY** | **CASE NO: 13-2486-A** |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Order Of Dismissal entered on November 1, 2013, this cause is hereby dismissed with prejudice.**

APPROVED:

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT**

DATE: 11/4/2013

                                            THOMAS M. GOULD
                                            **Clerk of Court**

                                            s/Terry L. Haley
                                          (By)  **Deputy Clerk**